(Del. Rev. 11/14) Pro Se General Complaint Form

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

RACQUEL LEWIS

*(In the space above enter the full name(s) of the plaintiff(s).)*

25 - 1528

**Civ. Action No.** ___________
(To be assigned by Clerk's Office)

-against-

Boscov's (Concord Mall, Delaware)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)*

**COMPLAINT**
(Pro Se)

Jury Demand?
☒ Yes
☐ No

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2025 DEC 18 PM 1:36

SCS

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

## I. PARTIES IN THIS COMPLAINT

### Plaintiff

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: RACQUEL LEWIS
Name (Last, First, MI)

2207 CONCORD Pike #113 Mailbox Store
Street Address

NC, Wilmington DE 19803
County, City State Zip Code

N/A N/A
Telephone Number E-mail Address (if available)

### Defendant(s)

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: Boscov's (inside Concord Mall)
Name (Last, First)

4737 CONCORD Pike
Street Address

NC, Wilmington DE 19803
County, City State Zip Code

Defendant 2: ______________________
Name (Last, First)

______________________
Street Address

______________________
County, City State Zip Code

**Defendant(s) Continued**

Defendant 3: ______________________________
Name (Last, First)

______________________________
Street Address

______________________________
County, City State Zip Code

Defendant 4: ______________________________
Name (Last, First)

______________________________
Street Address

______________________________
County, City State Zip Code

## II. BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☐ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☒ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☒ **Federal Question:** Claim arises under the Constitution, laws or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

violations of the Privacy Act of 1974 & Computer Matching & Privacy Protection Act
Violation of Privacy - Intrusion Upon Seclusion (01-24-089324 Report #)
Religious Discrimination - Title VII of C.R.A. of 1964
Retaliation - Title VII violation
Fraud - Activation of my pay/Bank Card 18 U.S. Code § 1702
Opened personal mail 18 U.S. Code § 1702
Harassment
Wrongful Termination - 19 Delaware Code § 1807 §

## III. VENUE

*This court can hear cases arising out of the Counties of New Castle, Kent, and Sussex in the State of Delaware.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

I am a current resident in the state of Delaware. The opposing party/defendant is in Delaware State. There are a number of claims filed that are also retaliation claims. This is related.

## IV. STATEMENT OF CLAIM

Place(s) of occurrence: Boscov's parking Lot (Back of mall) Boscov's store, 2nd level Courtesy Desk.

Date(s) of occurrence: 10/11/2024, 10/23/2024, 10/06/24, 10/20/24 10/24 - 11/24

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:**

What happened to you?

Religious Discrimination - Forced to work on Sundays. Even after requested off.

Violation of Privacy / - CAR Remotely accessed by Boscov's "security"

Police officer called me "Rachel" (CCBC prompted)

- Fraud - My personal mail was opened
  - My paycard was preactivated.

- I was scheduled to work over 7 Days without a day off

Harassment - I was harassed on the phone by staff who worked in a different department.

Called Esthupido (Stupid) on the phone by staff

Called Stink by staff

- Wrongful Termination - Fired because of complaints to HR & because I answered the phone from the opposite side of the desk.

Was anyone else involved?

N/A
N/O

Who did what?

Boscov's Loss Prevention Staff monitored me in September 2025 as I entered the mall with a friend for lunch.

Boscov's Security (Mall & Store) Remotely accesed vehicle when I entered the mall August 2025 and Immobilizing it while parked in the parking lot.

Boscov's Staff - HARASSED, etc.

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

1) increased poverty / Homelessness
2) mental anguish
3) Loss of employment opportunity
4) Loss of benefits
5) Loss of finances

## VI. RELIEF

The relief I want the court to order is:

☑ Money damages in the amount of: $ 500,000.00

☐ Other (explain):

Complete injunction to surveillance by Boscov's loss prevention staff as well as Concord Mall Security

## VII. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

12/18/2025
Dated

[signature]
Plaintiff's Signature

LEWIS RACQUEL
Printed Name (Last, First, MI)

2207 CONCORD Pike #113 Wilmington DE 19803
Address City State Zip Code

N/A
Telephone Number

N/A
E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**