**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| RACQUEL LEWIS, | : | |
| Plaintiff, | : | No. 1:25-cv-01528-JLH |
| v. | : | |
| BOSCOV'S (INSIDE CONCORD MALL), | : | JURY TRIAL DEMANDED |
| Defendant. | : | |

**DEFENDANT, BOSCOV'S (INSIDE CONCORD MALL)'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

AND NOW, comes Defendant, Boscov's (Inside Concord Mall) ("Boscov's"), by and through its undersigned counsel, and moves to dismiss the Second Amended Complaint of Plaintiff, Raquel Lewis ("Plaintiff"). In support of its Motion, filed pursuant to Federal Rule of Civil Procedure 12(b)(6), Boscov's incorporates by reference in full the Brief in Support of its Motion to Dismiss Plaintiff's Second Amended Complaint filed contemporaneously herewith.

Respectfully Submitted,

**MARGOLIS EDELSTEIN**

By: */s/ Krista M. Reale*
Krista M. Reale, Esquire
DE Id. #4748
300 Delaware Ave., Suite 800
Wilmington, DE 19806
Email: kreale@margolisedelstein.com
Phone: 302-404-4785

**HOFFMAN & HLAVAC**

Steven E. Hoffman, Esquire (admitted Pro Hac Vice)
Shanna R. Fegely, Esquire (admitted Pro Hac Vice)
1605 N. Cedar Crest Blvd., Suite 509
Allentown, PA 18104
Ph # 484-408-6001 Fax # 484-408-6018
Email: shoffman@hhe-law.com
Email: sfegely@hhe-law.com
*Attorneys for Defendant*

DATE: August 24, 2026